No. 836, Misc.   FRASIER *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.   Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 874, Misc.   HARRIS *v.* SETTLE, WARDEN.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent. ▮

No. 876, Misc.   GUTIERREZ *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for respondent. ▮

No. 929, Misc.   KOENIG *v.* BLACKWELL, WARDEN, ET AL. C. A. 3d Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.

No. 993, Misc.   KORMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1033, Misc.   JOHNSON *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT.   Supreme   Court   of   Pennsylvania. Certiorari denied.   *Edwin P. Rome* and *Charles Alvin Jones* for petitioner.

No. 1043, Misc.   COLLINS *v.* DICKSON, WARDEN.   Supreme Court of California.   Certiorari denied.